UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS,<br><br>    Plaintiff,<br><br>    v.<br><br>GREGORY A. STRANGER, et al.,<br><br>    Defendants.<br>_____/ | No. C-11-00094 (DMR)<br><br>**ORDER VACATING HEARING ON DEFENDANTS' MOTIONS TO DISMISS PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

On January 18, 2011, Defendants Gregory A. Stranger, Coralie A. Stranger, Stranger Property Holdings, LLC, and Stranger Family 2003 Trust ("Defendants"), filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12. *See* Docket Nos. 5-8. Defendants noticed a hearing on the Motions to Dismiss for March 10, 2011 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Defendants' Motions to Dismiss set for March 10, 2011 is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

1      IT IS SO ORDERED.

2

3   Dated:  January 19, 2011



_____
Judge Donna M. Ryu
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2