United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS, | No. C-11-00094 DMR |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO REMAND PENDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |
| v. | |
| GREGORY A. STRANGER, et al., | |
| Defendants. | |
| _____/ | |

On January 26, 2011, Plaintiff Elizabeth B. Ross filed a Motion For Remand of the Action to State Court ("Motion for Remand"). *See* Docket No. 16. Plaintiff noticed a hearing on the Motion for Remand for February 24, 2011 at 11:00 a.m.

Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. All parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. Accordingly, the hearing on Plaintiff's Motion for Remand set for February 24, 2011 is hereby VACATED. Upon the filing of signed consents by all parties to the action, the Court will issue an order resetting the hearing. If a declination is filed, the case will be immediately reassigned to an Article III District Judge.

IT IS SO ORDERED.

Dated: January 26, 2011



DONNA M. RYU
United States Magistrate Judge