United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH B. ROSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY A. STRANGER, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-11-00094 DMR<br><br>**ORDER REGARDING DEADLINE TO CONSENT TO JURISDICTION OF MAGISTRATE JUDGE** |

　　　　On January 18, 2011, Defendants Gregory A. Stranger, Coralie A. Stranger, Stranger Property Holdings, LLC, and Stranger Family 2003 Trust ("Defendants"), filed Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12. *See* Docket Nos. 5-8. On January 26, 2011, Plaintiff Elizabeth B. Ross filed a Motion For Remand of the Action to State Court ("Motion for Remand"). *See* Docket No. 16. Pursuant to 28 U.S.C. § 636, a signed consent to the jurisdiction of the Magistrate Judge must be filed by each party before consideration of any dispositive motion. Accordingly, the Court vacated the hearing dates on all of the motions pending the filing of signed consents by all parties to the jurisdiction of a Magistrate Judge. *See* Docket Nos. 9 & 18.

　　　　To date, all parties in the above-captioned case have not filed a signed consent to proceed before a Magistrate Judge. All parties which have not yet done so are hereby ordered to file a consent or declination form within seven (7) calendar days of the date of this notice, indicating

1  whether they consent to the jurisdiction of the Magistrate Judge in this matter.  If the parties do not
2  consent, the case will be immediately reassigned to an Article III District Judge.
3       IT IS SO ORDERED.

5  Dated: February 10, 2011



_____
DONNA M. RYU
United States Magistrate Judge

2